JENNIE G. PROVOST, appellant,

v.

WINFIELD PROVOST, respondent.

[Argued July 5th, 1907.   Decided November 18th, 1907.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 204.*

*Mr. James G. Blauvelt,* for the appellant.

*Mr. William H. Speer,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.